UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD N. M.,<br><br>             Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>             Defendant. | CASE NO. CV 22-6254-SVW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the entire file and the Report and Recommendation ("Report") of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. Like the court's previous mailings to Plaintiff, the mail to Plaintiff containing the Report was returned by the postal office noting "Return to Sender Not Deliverable as Addressed." (Dkt. No. 14.) The Court accepts the findings and recommendation of the Report.

     IT IS HEREBY ORDERED as follows:

     (1) This action is dismissed without prejudice for failure to prosecute; and

     (2) Defendant's motion for summary judgment is denied without prejudice as moot.

1    IT IS FURTHER ORDERED that Judgment be entered dismissing this action
2 without prejudice for failure to prosecute.

5 DATED: September 13, 2023

STEPHEN V. WILSON
United States District Judge