JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD N. M., | CASE NO. CV 22-6254-SVW (AGR) |
|     Plaintiff, | |
| vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|     Defendant. | |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that Judgment is entered dismissing this action without prejudice for failure to prosecute.

DATED: Sept. 13, 2023

_____
STEPHEN V. WILSON
United States District Judge